NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jeremy E. Shulman (#257582) | jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 North Lake Avenue, Suite 1100
Pasadena, California 91101
Tel: 626.535.1900 | Fax: 626.577.7764

ATTORNEY(S) FOR: Wells Fargo Bank, N.A., etc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROSE R. RAMIREZ | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:17-cv-2688 |
| v. | |
| WELLS FARGO BANK, N.A. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Wells Fargo Bank, N.A., etc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") | Defendant |
| 2. Wells Fargo & Company | Publicly-traded parent corporation of Wells Fargo Bank, N.A. |
| 3. Berkshire Hathaway, Inc. | Publicly-held corporation that owns 10% or more of Wells Fargo & Company's stock |

| April 7, 2017 | /s/ Jeremy E. Shulman |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

WELLS FARGO BANK, N.A., etc.

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in said case as follows:

**Served By Means Other than Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*
*Rose R. Ramirez*

Randolph Roger Ramirez, Esq.
LAW OFFICES OF RANDOLPH ROGER RAMIREZ, PC
1613 Chelsea Road, Suite 186
San Marino, CA 91108

Tel: 626.765.5411 | Fax: 626.784.0480

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 7, 2017.

| Lina Velasquez | /s/ Lina Velasquez |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/FR2242/01708597-1

CASE NO. _____
CERTIFICATE OF SERVICE