Jeremy E. Shulman (# 257582)
jshulman@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 N. Lake Ave, Suite 1100
Pasadena, CA 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.,
successor by merger with Wells Fargo
Bank Southwest, N.A., f/k/a Wachovia
Mortgage, FSB, f/k/a World Savings
Bank, FSB ("Wells Fargo")

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSE R. RAMIREZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-02688-PSG-AFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8.3)**<br><br>Removal Effected:   Apr. 7, 2017<br>Current Response Date:   Apr. 14, 2017<br>New Response Date:   May 12, 2017<br><br>[*Assigned to the Hon. Philip S. Gutierrez*] |

**TO THE HONORABLE COURT:**

Plaintiff ROSE R. RAMIREZ and defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") through their respective counsel of record, hereby stipulate pursuant to Local Rule 8.3 to extend the date for Wells Fargo to respond to plaintiff's Complaint to and including **May 12, 2017**, a date which is not more than thirty (30) days from the

1  date a response initially would have been due.

2      This continuance is also requested for the parties to continue to explore
3  settlement.

4      **IT IS SO STIPULATED.**

5  *Pursuant to L.R. 5-4.3.4, I, Jeremy E. Shulman, attest that all other*
6  *signatories listed below, and on whose behalf the filing is submitted, concur in the*
7  *content of this filing and have authorized the filing. /s/Jeremy E. Shulman.*

8

9      Respectfully submitted,

10 Dated: April 13, 2017     LAW OFFICES OF RANDOLPH ROGER RAMIREZ, PC

11

12

13     By: /s/ Randolph Roger Ramirez
        Randolph Roger Ramirez
14     Attorneys for Plaintiff
    ROSE R. RAMIREZ

15

16     Respectfully submitted,

17

18 Dated: April 13, 2017     ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

19

20     By:    */s/ Jeremy E. Shulman*
21         Jeremy E. Shulman
    jshulman@afrct.com
22     Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
23     by merger with Wells Fargo Bank
    Southwest, N.A., f/k/a Wachovia Mortgage,
24     FSB, f/k/a World Savings Bank, FSB
    ("Wells Fargo")
25

26

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*
*Rose R. Ramirez*

Randolph Roger Ramirez, Esq.
LAW OFFICES OF RANDOLPH ROGER RAMIREZ, PC
1613 Chelsea Road, Suite 186
San Marino, CA 91108

Email: rrr@4lawrrr.com

Tel: 626.765.5411 | Fax: 626.784.0480

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 14, 2017.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |